IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02473-WYD-MJW

JAMES MORGAN,

    Plaintiff,

v.

ANDRX LABORATORIES, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal of Complaint with Prejudice.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal of Complaint with Prejudice is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear his/its own attorney's fees and costs.

Dated:  June 5, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge